ORIGINAL

| | |
|---|---|
| COUNTY OF | INDEX NO: 08CV6444 |
| UNITED STATES DISTRICT COURT | FILED ON: |
| | DISTRICT: Southern/NY |

*Fred Alston as Trustee of the Local 272 Labor-Management Pension Fund, et. al*

vs    Plaintiff(s)

*Park It Management*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

_____Stephen L. Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____August 11, 2008_____, at _11:00 pm_, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed

_____Summons in a Civil Case, Complaint, Judge's Individual Rules & Instructions_____

_____Procedures and Guidelines for Filing an Electronic Case_____, on

_____Park It Management Corp. s/h/a Park It Management_____

Defendant in this action, by delivering to and leaving with ___Donna Christie___, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section _306 Business Corporation Law_.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by ☐ Registered or ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____ to said defendant at: _____

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: _44 years_   Approx. weight: _130 lbs_   Approx. Ht.: _5'5"_

Sex: _female_   Color of skin: _white_   Color of hair: _brown_   Other: _____

Sworn to before me on _August 11, 2008_

*[signature]*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*[signature]* Stephen L. Collen

Invoice·Work Order # 0806686