LAW OFFICE OF

**JEFFREY S. DUBIN**

464 NEW YORK AVENUE
SUITE 100
HUNTINGTON, NY 11743

RECEIVED
AUG 20 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

TELEPHONE
(631) 351-0300

TELECOPIER
(631) 351-1900

INTERNET:
dubinjs@cs.com

August 20, 2008

**VIA FACSIMILE 805-7901**
Honorable Harold Baer, Jr.
500 Pearl Street, Rm. 2230
New York, New York 10007

Re:   Alston v. Park It Management
      Civil Action No.: 08CV6444(HB)(MHD)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08
```

Dear Judge Baer:

Our office has received notice from Chambers that a Pre-Trial Conference has been scheduled for Thursday, September 18, 2008 at 2:15 PM. I would respectfully request that it be adjourned to on or after October 2, 2008, as I will be on vacation at that time. If possible, October 14, 2008, between 9:00 AM and 10:30 AM, would be ideal.

Very truly yours,

Jeffrey S. Dubin

JSD:ka

*[Handwritten note:]* Adjourned to Oct 2 at 2:30 PM — Civil cases are all in PM & for some reason you really need AM, suit we will try and arrange it.

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 8/21/08

Endorsement:

    Adjourned to October 2 at 2:30 P.M. - civil cases are all in the PM if for some reason you really need AM call and we will try and arrange it.