UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Fred Alston, as a Trustee of the LOCAL 272
LABOR-MANAGEMENT PENSION FUND;
Fred Alston, as a Trustee of the LOCAL 272
WELFARE FUND,

     Plaintiffs,

  -against-

PARK IT MANAGEMENT,

     Defendant.
-------------------------------------------------------x

Civil Action No.: 08 CV 6444
(HB)(MHD)

**NOTICE OF APPEARANCE**

  **PLEASE TAKE NOTICE**, that the undersigned have been retained by and appears for Defendant, Park It Management in this action and demands that a copy of all notices and other papers therein be served on us at our offices located at 90 Merrick Avenue, East Meadow, New York 11554.

Dated: East Meadow, New York
   September 5, 2008

      **CERTILMAN BALIN ADLER & HYMAN, LLP**

      By: _____
       DOUGLAS E. ROWE (DER 6261)
       Attorneys for Defendant
       90 Merrick Avenue
       East Meadow, New York 11554
       (516) 296-7000
       Email: drowe@certilmanbalin.com

2079505.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September 2008, the foregoing **NOTICE OF APPEARANCE** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or Southern District's Local Rules, and/or the Eastern District Rules on Electronic Service upon the following parties and participants:

Jeffrey S. Dubin, Esq.
Attorney for Plaintiffs
464 New York Avenue, Suite 100
Huntington, NY 11743
(631) 351-0300

Douglas E. Rowe (DER 6261)

2079622.1