UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x Civil Action No.:    08 CV 6444
Fred Alston, as a Trustee of the LOCAL 272                                                (HB)(MHD)
LABOR-MANAGEMENT PENSION FUND;
Fred Alston, as a Trustee of the LOCAL 272
WELFARE FUND,

                Plaintiffs,                         **RULE 7.1**
                                                                    **DISCLOSURE**
       -against-

PARK IT MANAGEMENT,

                Defendant.
-------------------------------------------------------------------x

      Defendant, Park It Management ("Defendant"), as and for it disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 1.9, hereby sets forth, upon information and belief, as follows:

      Defendant does not have a parent corporation and/or any publicly held corporation that owns ten percent (10%) or more of its stock.

Dated: East Meadow, New York
      September 5, 2008

                **CERTILMAN BALIN ADLER & HYMAN, LLP**

                By: _____
                    DOUGLAS E. ROWE (DER 6261)
                    Attorneys for Defendant
                    90 Merrick Avenue
                    East Meadow, New York 11554
                    (516) 296-7000
                    Email: drowe@certilmanbalin.com

2079508.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September 2008, the foregoing **RULE 7.1 DISCLOSURE** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or Southern District's Local Rules, and/or the Eastern District Rules on Electronic Service upon the following parties and participants:

Jeffrey S. Dubin, Esq.
Attorney for Plaintiffs
464 New York Avenue, Suite 100
Huntington, NY 11743
(631) 351-0300

Douglas E. Rowe (DER 6261)

2079622.1