UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
Fred Alston, as a Trustee of the LOCAL 272
LABOR-MANAGEMENT PENSION FUND;
Fred Alston, as a Trustee of the LOCAL 272
WELFARE FUND,

          Plaintiffs,

-against-

PARK IT MANAGEMENT,

          Defendant.
------------------------------------------------------x

Civil Action No.: 08 CV 6444
(HB)(MHD)

**ANSWER**

      Defendant, Park It Management ("Defendant"), by its attorneys Certilman Balin Adler & Hyman, LLP, as and for its answers to the complaint states as follows:

      1.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the complaint.

      2.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the complaint.

      3.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the complaint.

      4.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the complaint.

      5.    Admits to the allegations contained in paragraph 5 of the complaint.

      6.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the complaint.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the complaint.

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the complaint.

9. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the complaint.

10. Admits to the allegations contained in paragraph 10 of the complaint.

11. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the complaint.

12. Denies the truth of the allegations contained in paragraph 12 of the complaint.

13. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the complaint.

14. Denies the truth of the allegations contained in paragraph 14 of the complaint.

15. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the complaint.

16. Denies the truth of the allegations contained in paragraph 16 of the complaint.

17. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the complaint.

18. Denies the truth of the allegations contained in paragraph 18 of the complaint.

**WHEREFORE**, Respondents demand judgment dismissing the charge, and for such other and further relief as the Commission deems just and proper.

Dated: East Meadow, New York
      September 5, 2008

                **CERTILMAN BALIN ADLER & HYMAN, LLP**

                By: _____
                    DOUGLAS E. ROWE (DER 6261)
                    Attorneys for Defendant
                    90 Merrick Avenue
                    East Meadow, New York 11554
                    (516) 296-7000
                    Email:  drowe@certilmanbalin.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September 2008, the foregoing **ANSWER** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or Southern District's Local Rules, and/or the Eastern District Rules on Electronic Service upon the following parties and participants:

Jeffrey S. Dubin, Esq.
Attorney for Plaintiffs
464 New York Avenue, Suite 100
Huntington, NY 11743
(631) 351-0300

_____
Douglas E. Rowe (DER 6261)